IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| IN THE MATTER OF THE | § | |
| PETITION OF ALTON | § | No. 331, 2022 |
| CANNON FOR A WRIT OF | § | |
| HABEAS CORPUS | § | |

Submitted: October 26, 2022
Decided: November 9, 2022

Before **VALIHURA**, **VAUGHN**, and **TRAYNOR**, Justices.

## ORDER

After careful consideration of the notice to show cause and the appellant's response, it appears to the Court that:

(1)     On September 13, 2022, the appellant, Alton Cannon, filed in this Court a petition for a writ of habeas corpus, seeking to be removed from the Delaware Sex Offender Registry. The Senior Court Clerk issued a notice directing Cannon to show cause why his petition should not be dismissed for this Court's lack of original jurisdiction to issue a writ of habeas corpus. Cannon has filed a response to the notice to show cause but does not address the jurisdictional issue raised in the notice.

(2)     It is well-settled that this Court has no original jurisdiction to issue a writ of habeas corpus.[1] Accordingly, Cannon's petition manifestly fails on its face to invoke the original jurisdiction of the Court, and it must be dismissed.

---

[1] *In re Cantrell*, 678 A.2d 525, 526 (Del. 1996); 10 *Del. C.* § 6901.

NOW, THEREFORE, IT IS HEREBY ORDERED, under Supreme Court Rule 29(b), that the petition for a writ of habeas corpus is DISMISSED.

BY THE COURT:

/s/  James T. Vaughn, Jr.
Justice